

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 3, 2023

**BY ECF AND E-MAIL**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Jonathan Ghertler*, 23 Cr. 100 (ER)

Dear Judge Ramos:

    The Government writes with respect to the March 9, 2023, arraignment and initial conference in the above-captioned matter. The defendant was presented in the Middle District of Florida on February 21, 2023, and ordered detained. The Government recently learned from the United States Marshals Service that the defendant will not be arriving in the Southern District of New York until the end of the week of March 20, 2023. Accordingly, the Government respectfully asks that the arraignment and initial conference be rescheduled to a later date that is convenient to the Court and that time be excluded until that date. The Government submits that an exclusion of time is in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7), and outweighs the public and the defendant's interests in a speedy trial given the defendant's need to be transferred from the Middle District of Florida to the Southern District of New York.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Adam Sowlati
    Assistant United States Attorney
    (212) 637-2438

CC: Michael Nielsen (by E-Mail)