UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

23-CR-00100 (ER)

-against-

**ORDER**

JONATHAN GHERTLER,

Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Defense counsel recently made an oral request that the Court recommend that Defendant Jonathan Ghertler be transferred from the Essex County Correctional Facility ("Essex"), where he is currently being held, to the Metropolitan Detention Center ("MDC"), a Bureau of Prisons ("BOP") facility. Counsel contends that Essex is not equipped to allow Defendant to receive and review discovery and does not have a law library, which Defendant needs to assist in his defense. To the extent this is true, Essex may not be an adequate facility to hold certain BOP detainees.

Accordingly, the Court requests that the Government investigate this concern and report its findings to the Court by letter no later than April 8, 2023.

Separately, in light of counsel's request, the Court recommends that Defendant be transferred to MDC.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    March 24, 2023
              New York, New York