UNITED STATES DISTRICT COURT
IN AND FOR THE
SOUTHERN DISTRICT OF NEW YORK
MANHATTEN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.                                    23-CR-100

JONATHAN GHERTLER
Defendant.

MOTION TO APPOINT COUNSEL

Comes Now, the Defendant, Jonathan Ghertler, pro se and moves this Honorable Court to appoint Counsel as well in advance of the Defendant's next court date (April 20, 2023) as the Court can.

The Defendant is comfortable with either the Federal Defenders of New York or a C.J.A. attorney.

The Defendant avers that he is indigent and requests the appointment because of the substantial amount of time excluded from the Speedy Trial

Act because of the "interests of justice".

The Defendant beseeches the Court to appoint counsel because of issues he would like to be able to resolve at his arraignment and initial conference.

This motion is filed from a county jail which lacks the resources of a federal facility. For that reason he relies on Haines v. Kerner that this motion be construed liberally and service on the U.S. Attorney be made by the Clerk.

For all of the foregoing, the Defendant prays this Honorable Court appoint counsel well in advance of April 20, 2023. Under penalty of perjury, the Defendant avers all of the foregoing to be true.

Respectfully Presented,

/s/, pro se
Jonathan Chertler, pro se
Grady County Jail
215. N. 3rd St.
Chickasha, OK 73018

25 - By the time of the Court's decision the defendant will more than likely be held at the Metropolitan Detention Center - Brooklyn, NY.

Jonathon Guerther 175 454 788
Grady County Law Enforcement Center
P.O. Box 1716
Chickasha, OK 73018

Crim Dkt
EN

Legal Mail

This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is **not** responsible for contents.

OKLAHOMA CITY OK 730
28 MAR 2023 PM 5 L

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
500 PEARL ST.
New York, NY 10007

RECEIVED
MAR 31 2023
CLERK'S OFFICE
S.D.N.Y.