LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

June 4, 2023

Hon. Edgardo Ramos
United States District Court
40 Foley Square
New York, NY 10007
*via ECF*

                Re: United States v. Jonathan Ghertler
                        23 Cr. 100 (ER)

Your Honor:

    I have been assigned to represent Jonathan Ghertler pursuant to the Criminal Justice Act. As there has a been a total communication breakdown with Mr. Ghertler, who no longer trusts me, I write to join Mr. Ghertler's request for assignment of new counsel. If there is no conflict, I respectfully request that the Federal Defender's Office be assigned.

                                            Respectfully,
                                            *Lisa Scolari*
                                            Lisa Scolari