UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -

JONATHAN GHERTLER,

        Defendant.
-------------------------------------------------------x

**ORDER**

23-cr-100 (ER)

    On June 29, 2023, Probation asked whether the Court would consider scheduling sentencing for 45-days after the change of plea to prepare the pre-sentencing report. Accordingly, sentencing, previously scheduled for August 9, 2023 is hereby **rescheduled for August 16, 2023 at 11 a.m.** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619.

    SO ORDERED.

Dated: New York, New York
       July 5, 2023

                                          Edgardo Ramos, U.S.D.J.