**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

August 2, 2023

Hon. Edgardo Ramos
United States District Court
40 Foley Square
New York, NY 10007
*via ECF*

Re: United States v. Jonathan Ghertler
23 Cr. 100 (ER)

Your Honor:

      Jonathan Ghertler is scheduled to be sentenced on August 16, 2023, but the expedited Presentence report will not be filed until August 9, 2023.  I write to ask that the Court permit me to file Jonathan Ghertler's sentencing submission on August 10, 2023, rather than today, when it would ordinarily be due pursuant to the Court's rules. After receipt of the report, I will need a opportunity to review it with Mr. Ghertler.  The government by Adam Sowalti, Esq., consents to this application and requests permission to file his submission on August 14, 2023. I consent to that request.

                                                                  Respectfully,
                                                                  *Lisa Scolari*
                                                                  Lisa Scolari

SO ORDERED

HON. EDGARDO RAMOS
Dated: August 3, 2023