LISA SCOLARI<br>
Attorney at Law<br>
20 VESEY STREET, SUITE 400<br>
NEW YORK, NEW YORK 10007<br>
scolarilaw@gmail.com<br>
(212) 227-8899

August 15, 2023

Hon. Edgardo Ramos
United States District Court
40 Foley Square
New York, NY 10007
via ECF

**MEMO ENDORSED**

Re: United States v. Jonathan Ghertler
    23 Cr. 100 (ER)

Your Honor:

    I write to request an adjournment of the sentencing in this case, currently scheduled for August 16, 2023. I apologize for the late notice, but despite the government's suggestion that an adjournment would be wise, I could not agree to one without speaking with Mr. Ghertler. Mr. Ghertler has not wanted to delay his sentence because Essex County Correctional Facility is not treating him for leukemia and he hoped to get treatment more quickly if sentenced.

    The parties have agreed to request an adjournment to a date during the week of September 18, preferably the 20th or the 21st, 2023.

    A.U.S.A. Adam Sowalti and I are also in agreement that an oncology evaluation will help resolve the question raised in the PSR and the government's submission regarding whether Mr. Ghertler has leukemia. However, based on prior experience with a client in Essex who has a serious medical condition, I have been concerned about whether the jail will actually send Mr. Ghertler for an outside oncology evaluation.

    I will be submitting a proposed Order for the Court's consideration, that will direct Essex County Correctional Facility to expeditiously have Mr. Ghertler evaluated by an oncologist and to insure that he is treated for leukemia if merited.

Respectfully,
*Lisa Scolari*
Lisa Scolari

---

Sentencing is adjourned to September 26, 2023 at 11 AM.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 15, 2023
New York, New York