LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

August 16, 2023

Hon. Edgardo Ramos
United States District Court
40 Foley Square
New York, NY 10007
*via ECF*

Re: United States v. Jonathan Ghertler
23 Cr. 100 (ER)

Your Honor:

    I write to request an adjournment of Mr. Ghertler's September 26, 2023 sentencing date just set in response to a defense request. Unfortunately I am not available on that date. I understand that 10:30 on September 27, 2023 is a time convenient to the Court. As both parties are available at that date and time, I request an adjournment to September 287, 2023.
    The government, by Adam Sowalti, Esq., consents to this application.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED

_____
HON. EDGARDO RAMOS