

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 17, 2023

**MEMO ENDORSED**

**BY ECF AND E-MAIL**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Jonathan Ghertler*, 23 Cr. 100 (ER)

Dear Judge Ramos:

The Government writes regarding its sentencing submission (the "Sentencing Submission"), which was filed on August 14, 2023. (Dkt. 29). The Sentencing Submission includes discussion of certain aspects of the defendant's medical history that, after discussions with defense counsel, the Government now believes should have been redacted. Accordingly, the Government respectfully requests that the Sentencing Submission be filed under seal, and that the Government be permitted to file publicly a redacted version of the Sentencing Submission.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *[signature]*
Adam Sowlati
Assistant United States Attorney
(212) 637-2438

---

The government's application to file its sentencing submission under seal and to file a redacted version of the public docket is granted.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated:   9/18/2023
New York, New York