**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

September 27, 2023

Hon. Edgardo Ramos
United States District Court
40 Foley Square
New York, NY 10007
*via ECF*

Re: United States v. Jonathan Ghertler
23 Cr. 100 (ER)

Your Honor:

    I write to request that the Court direct probation to accept Mr. Ghertler's full medical records and attach them to the PSR for forwarding to the BOP designation unit in Grand Prairie Texas. The Northeast Regional counsel has advised that medical records are helpful in designation and can be sent with the PSR. There have been significant developments since the PSR was produced and the probation officer has advised that, as medical records are not ordinarily attached to the PSR, a Court Order is required.

                                                Respectfully,
                                                *Lisa Scolari*
                                                Lisa Scolari

SO ORDERED:

_____
HON. EDGARDO RAMOS