LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

October 2, 2023

Hon. Edgardo Ramos
United States District Court
40 Foley Square
New York, NY 10007
*via ECF*

Re: United States v. Jonathan Ghertler
23 Cr. 100 (ER)

Your Honor:

    I write to withdraw my request that the Court direct probation attach Mr. Ghertler's medical records to the PSR.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_____
HON. EDGARDO RAMOS