**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

January 2, 2024

Hon. Edgardo Ramos
United States District Court
40 Foley Square
New York, NY 10007
*via ECF*

Re: United States v. Jonathan Ghertler
23 Cr. 100 (ER)

Your Honor:

    I received a copy of Mr. Ghertler's pro se compassionate release motion from chambers on December 5, 2023. Since that time I have endeavored, with the assistance of Adam Sowalti, Esq., to get Mr. Ghertler's medical records from MDC. Yesterday Mr. Ghertler emailed me a further request for compassionate release in which he indicates that he prefers to have a the Court rule on his request without any further delay for MDC medical records.

    Mr. Ghertler's original and follow up pro se compassionate release motions are attached as Exhibits A and B. I have nothing to add to his request but forward it to the Court for consideration.

Respectfully,
*Lisa Scolari*
Lisa Scolari
