UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

       -against-

JONATHAN GHERTLER

       Defendant.

**ORDER**

23-cr-100 (ER)

    The Court is in receipt of Ghertler's pro se motion for compassionate release.  Doc. 48.

The Government is directed to respond by January 10, 2024.

    SO ORDERED.

Dated:   January 3, 2024
           New York, New York

                                                            Edgardo Ramos, U.S.D.J.