TRULINCS  20049001 - GHERTLER, JONATHAN DAVID - Unit: BUF-V-B

--------------------------------------------------------------------------------------------

FROM: 20049001
TO:
SUBJECT:
DATE: 05/05/2024 07:01:25 PM



The Honorable Edgardo Ramos, D.J.
United States Courthouse
500 Pearl St.
New York, NY  10007

May 6, 2024

RE:  Case No.  23-cr-100

LETTER MOTION REQUESTING MODIFICATION
OF SENTENCE PURSUANT TO 18 USC 3582(C)(1)(A)

Your Honor, I respectfully request this Honorable Court to consider this application for "compassionate release". I do not ask for immediate release, but only a modification to reduce my sentence to take into account the Court's ORDER that I attend a residential rehabilitation center.

Attached is my request to the Warden of the FCC Butner Complex dated March 4, 2024 satisfying the Administrative Remedy prong.

I respectfully request the Court to consider "compassionate release" for the following "extraordinary and compelling" reasons:

It should be noted that I am not seeking immediate release. I respectfully and humbly request a reduction from seventy-two (78) months to forty-eight (48) months. The reason for the reduction is to attend an inpatient drug program and to continue with an outpatient program for the duration of the two years. My request is based on other reasons as well.

1) I aver that it is very difficult for live as a Jew in prison during these difficult times. So far, violence towards me has not occurred here (although it did in MDC Brooklyn and I made my attorney aware of that), but verbal abuse is daily and consistent. It should come as no surprise to the Court that the majority of prisoners do not support Israel and do support Hamas ( I purposely differentiate from the Palestinian people who are caught in the middle and suffering unspeakably).

2) I have been seeking as many rehabilitative programs that are available and am on the waiting list for many. I do have a job and will soon be participating in the Inmate Financial Responsibility Program and make restitution payments. The programs include mental health, physical health and reentry programs.

3). The main reason for this application is in order to participate in a residential drug program upon release. I am going to be very honest and genuine with the Court. I need a residential drug program. Drugs are readily available everywhere in the Bureau of Prisons and I am an addict. I have relapsed while here. And I try so hard, Your Honor. But in the end, I am weak when it comes to those things that destroy me. I need professional help from people who genuinely care. A place where I can deal with deep seated trauma and a terrible drug addiction.

But the math dooms me.

I have spoken to a young lady named Kayla at Envision Rehabilitation Center, which is a residential drug program in the Miami area. She said that upon release the program would assist me in obtaining insurance and getting enrolled in the program. Once I am released from Envision they will help me to find a long term, intensive outpatient program (I have spoken to some folks at a Rehab named Millennium in the Miami area - I believe, but could be wrong that Millennium is a hybrid program in/out patient). I will be speaking to other drug programs as well. All of the sudden, I have an amazing support system of friends I haven't spoken to in many years. Ms. Russ, my fiancee is gone. I am dealing with that loss better than I have dealt with things before. I just have to accept and not feel the need to self inflict punishment by doing something dumb.

I need mental health help badly and the Bureau of Prisons is not the place for that.

Your Honor, as of todays date, my release date is February 28, 2028. I will be a few weeks short of my 66th birthday. To my utter shame, I have not worked enough "quarters" to qualify for social security. Upon release, no matter the date, I will first go

TRULINCS 20049001 - GHERTLER, JONATHAN DAVID - Unit: BUF-V-B

-------------------------------------------------------------------------------------------------

to a halfway house where I will need to get a job and find a place to live. Upon completion of halfway house, I will have to quit my job and go to the residential drug program per Court Order.

I completely agree with the Order of a residential rehab. I need the help. In any case, by the time the rehab and post rehab is finished, I will be close to 68 years old as things stand now.

I have been offered the use of an "in-law" apartment by friends in the Miami area. The same friend has offered me a job as a salesman for Brightview Landscaping. I will begin work while at the halfway house and and will be able to return to work once I complete the inpatient portion of the rehab. Should the Court need someone to contact either the rehab or the job, I will give Ms. Scolari the contact information.

Your Honor, at 64, I can do this. And I have the support system I've never had. My brother is behind me and I thought he was lost to me forever. My friend and his wife who offered me a home and a job are amazing people. I will not do anything to jeopardize those relationships. My brother and I were out of touch for almost thirty (30) years.

Should Your Honor GRANT the application, I will be release to the halfway house. I will begin work and getting insurance. While waiting to enter rehab I will save money for a home when I am release. As soon as I am able and they can take me, I will enter rehab. Once finished inpatient, I will attend a very intensive out patient program. The plan is to keep me as occupied as possible.

4) Lastly, despite Mr. Sowlati's continued protestations, I am being treated for Leukemia by the Department Of Justice's Federal Bureau of Prisons. I am taking a very toxic medication called Imbruvica, which is hard on my heart at times. My form of Leukemia, for most people, has a life expectancy of between five (5) and ten (10) years.

I would very much like to prove to myself, my family, friends and the Court that I can be normal and productive with the time I have left.

I know how badly I have made a mess of my life. I need rehab. I can have a normal life and complete rehab at 65 or 66, barely. At 68 or 69,,,

For all of the foregoing, I respectfully request this Honorable Court  reduce my sentence by twenty-four (24) months so that I may attend a residential drug treatment program and still have a chance to live a short, but normal life.. I will be out, but I won't be out. Thank you.

Respectfully Presented,

Jonathan Ghertler  20049-001
LSCI Butner
P.O. Box 999
Butner, NC  27509


CERTIFICATE OF SERVICE

I, Jonathan Ghertler, do hereby certify that a true and correct copy of all of the foregoing was sent via US First Class Postage Pre-Paid to AUSA  A. Sowlati at the United States Attorneys for the Southern District Of New York.

Jonathan Ghertler

BP-A148.055
SEP 98

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

INMATE REQUEST TO STAFF

| TO: (Name and Title of Staff Member) Warden Scarantino | DATE: 3·10·24 |
|---|---|
| FROM: Jonathan Ghertler | REGISTER NO.: 20044-001 |
| WORK ASSIGNMENT: n/a | UNIT: 4B/207 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.
Would you please consider agreeing to a "compassionate release" sentence reduction for S.H. medical and mental health issues. I am not seeking immediate release. Thank you for your consideration

I, Jonathan Ghertler, declare under penalty of perjury that I submitted this document to Counselor Michalski on March 4, 2024.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy – File; Copy – Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

## SECTION 6