TRULINCS 20049001 - GHERTLER, JONATHAN DAVID - Unit: BUF-V-B

---

FROM: 20049001
TO:
SUBJECT:
DATE: 05/28/2024 03:27:35 PM



May 28, 2024

The Honorable Edgardo Ramos, DJ
United States Courthouse
500 Pearl St.
New York, NY 10007

In Re: Case No. 23-cr-100
    United States v. Jonathan Ghertler

Dear Judge Ramos,

This letter is to make a correction to my Letter/Motion respectfully requesting this Honorable Court to consider a Compassionate Release reduction to my sentence.

I erroneously referred to the residential rehabilitation program I would be entering as Envision. The correct name of the program is Evolutions and is located in Miami, Florida.

I sincerely apologize to the Court for the error.

Respectfully Presented,

Jonathan Ghertler  20049-001
LSCI Butner
P.O. Box 999
Butner, NC 25709

I, Jonathan Ghertler, pro se, do hereby certify that I true and correct copy of all of the foregoing was mailed, first class, postage pre-paid to AUSA Adam Sowlati of the United States Attorneys Office for the Southern District of New York on this 29th day of May 2024.

_____
Jonathan Ghertler, pro se



RALEIGH NC 275
Research Triangle Region
29 MAY 2024 PM 6 L

USM P3
SDNY

⇔20049-001⇔
Clerk Of The Court
500 Pearl ST
United States Courthouse
NEW YORK, NY 10007
United States

10007-131699

Name: Jonathan Gherthe 20049-001
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509

RECEIVED
SDNY PRO SE OFFICE
2024 JUN -4  AM 11:22

Legal Mail