

U.S. Department of Justice

United States Attorney
Southern District of New York

# MEMO ENDORSED

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

September 5, 2025

> The application for a 10-day extension to respond to the defendant's motion for compassion release until September 18, 2026, is granted.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 9/5/2025

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Jonathan Ghertler, 23 Cr. 100 (ER)</u>

Dear Judge Ramos:

    The Government writes to request a 10-day extension to September 18, 2025, to respond to the defendant's motion for compassion release (the "Motion"). On August 8, 2025, the defendant filed the motion (dkt. 67), and the Court ordered the Government to respond by September 8, 2025 (dkt. 68). On September 5, 2025, the defendant submitted two letters raising new factual allegations with respect to the Motion—specifically with respect to the healthcare treatment the defendant has received. The Government requests an extension to investigate these new allegations.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by: /s/ Adam Sowlati
Adam Sowlati
Assistant United States Attorney
(212) 637-2438

cc: Jonathan Ghertler (Register Number: 20049-001)
MDC Brooklyn
Metropolitan Detention Center
P.O. BOX 329002
BROOKLYN, NY 11232